UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1237(DSD/JMM)

Luanne E. Loraas,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Robert Galvin, et al.

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: May 25, 2000

David S. Doty, Judge
U.S. District Court

FILED MAY 25 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

F I L E   C O P Y

Date: May 25, 2000 dl

---

R E C O R D   O F   D O C K E T   T E X T

---

0:00-cv-01237 Loraas v. Galvin

DOCKET ENTRY

ORDER OF DISQUALFICATION ( Judge David S. Doty / 5/25/00)
Case reassigned to Judge John R. Tunheim per Civil Rights
List, Case referred to Magistrate Judge Franklin L. Noel
(FILE NO. REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS -
00-1237JRT/FLN) 1pg(s) (cc: all counsel)

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL