**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LUANNE E. LORAAS,

Plaintiff,

v.

ROBERT GALVIN, et al.,

Defendants.

Civil 00-1237 (JRT/FLN)

**ORDER OF REFERENCE**

---

Luanne E. Loraas, 350 Burnsville Park way, Ste 400, Burnsville, MN 55337, *pro se* plaintiff.

Kari Jo Ferguson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, 445 Minnesota Street, Ste 1100, ST. Paul, MN 55101-2128, for defendants State of Minnesota, Judge Metzen and Judge Sutherland.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendants State of Minnesota, Judge Metzen and Judge Sutherland's motion to dismiss or for summary judgment [Docket No. 5] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: July 5, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________