**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LUANNE E. LORAAS, Civil 00-1237 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

ROBERT GALVIN, et al.,

Defendants.

---

Luanne E. Loraas, 350 Burnsville Parkway, Suite 400, Burnsville, MN 55337, *pro se* plaintiff.

Lewis A. Remele, Jr., and Charles E. Lundberg, BASSFORD, LOCKHART, TRUESDELL & BRIGGS, 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant Galvin's motion to dismiss [Docket No. 23] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: October 17, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK