**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LUANNE E. LORAAS,

Plaintiff,

v.

ROBERT GALVIN, et al.,

Defendants.

Civil 00-1237 (JRT/FLN)

**ORDER OF REFERENCE**

---

Luanne E. Loraas, 350 Burnsville Parkway, Ste 400, Burnsville, MN 55337, *pro se* plaintiff.

Lewis A. Remele, Jr., BASSFORD, LOCKHART TRUESDELL & BRIGGS, 33 South Sixth Street, Ste 3550, Minneapolis, MN 55404 for defendant Robert Galvin.

Andrea G. White, OFFICE OF THE DAKOTA COUNTY ATTORNEY, 1560 West Highway 55, Hastings, MN 55033, for defendant Dakota County.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant Galvin's motion to dismiss for lack of subject matter jurisdiction [Docket No. 12] and defendant Dakota County's motion to dismiss [Docket No. 32] are referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Defendants are directed to contact

NOV 15 2000

Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Nov. 14, 2000
at Duluth, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge