**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LUANNE E. LORAAS,

Plaintiff,

v.

ROBERT GALVIN, et al.,

Defendants.

Civil 00-1237 (JRT/FLN)

**ORDER OF REFERENCE**

---

Luanne E. Loraas, 350 Burnsville Parkway, Suite 400, Burnsville, MN 55337, *pro se* plaintiff.

Bryon G. Ascheman, BURKE & THOMAS, 3900 Northwoods Drive, Suite 200, St. Paul, 55112, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that plaintiff's motion for default judgment [Docket No. ] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Nov 29, 2000
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED NOV 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK