**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LUANNE E. LORAAS,

Plaintiff,

v.

ROBERT GALVIN, et al.,

Defendants.

Civil 00-1237 (JRT/FLN)

**ORDER OF REFERENCE**

---

Luanne E. Loraas, 350 Burnsville Parkway, Suite 400, Burnsville, MN 55337, *pro se* plaintiff.

Lewis A. Remele and Charles E. Lundberg, BASSFORD, LOCKHART, TRUESDELL & BRIGGS, 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402, for defendant Galvin.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that plaintiff's motion for default judgment against defendant Galvin [Docket No. 43] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. This motion is scheduled for a hearing on January 12, 2001, at 10:00 a.m.

DATED: 12/6/2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

DEC 0 6 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK