UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luanne E. Loraas,

Plaintiff,

vs.

Leslie M. Metzen,
Patrice K. Sutherland,
State of Minnesota,
Dakota County,
Robert Galvin,
Patrick T. Skelly,
Paul A. Jeddeloh,
Ferdinand F. Peters,
The Law Offices of Peters, Jeddeloh & Skelly, LLP,
Shirley A. Reider,

Defendants.

Case File No.: 00-1237 JRT/FLN

**SUPPLEMENTAL REPORT AND RECOMMENDATION**

---

Plaintiff, pro se.
Kari Jo Ferguson for State of Minnesota and Judges Metzen and Sutherland.
Charles Lundberg for Robert Galvin.
Richard Thomas for Defendants Skelly, Jeddeloh, Peters, Reider, and The Law Offices of Peters, Jeddeloh & Skelly, LLP.
Andrea G. White for Dakota County.

---

**THIS COURT** issued a Report and Recommendation in this matter on February 15, 2001. The February 15, 2001, Report and Recommendation contained a clerical error in that it denied Defendant Galvin's Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted [#23]. Defendant Galvin's Motion should have been Granted.



FILED FEB 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, and based upon the files, records, and proceedings herein, it is hereby **RECOMMENDED** that:

1. Defendant Galvin's Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted [#23] be **GRANTED**.

DATED: February 20, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, within ten days of service of this Report and Recommendation, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable to the Circuit Court of Appeals.