**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LUANNE E. LORAAS, Civil No. 00-1237 (JRT/FLN)

Plaintiff,

v. **ORDER**

LESLIE M. METZEN, et al.,

Defendants.

---

Luanne E. Loraas, 350 Burnsville Parkway, Ste 400, Burnsville, MN 55337, *pro se* plaintiff.

Lewis A. Remele, Jr, and Charles E. Lundberg, BASSFORD, LOCKHART, TRUESDELL & BRIGGS, 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402, for defendant Robert Galvin.

Bryon G. Ascheman, BURKE & THOMAS, 3900 Northwoods Drive, Ste 200, St. Paul, MN 55112, for defendants Patrick T. Skelly, Paul A. Jeddeloh, Ferdinand F. Peters, Shirely A. Reider and the Law firm of PETERS, JEDDELOH & SKELLY.

Kari Jo Ferguson, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 445 Minnesota Street, St. Paul, MN 55101, for defendants Patrice K. Sutherland, Leslie M. Metzen, and the State of Minnesota.

Andrea Gail White, OFFICE OF THE DAKOTA COUNTY ATTORNEY, 1560 West Highway 55, Hastings, MN 55033, for defendant Dakota County.

On March 5, 2001, plaintiff submitted a 157-page objection to Chief Magistrate Franklin L. Noel's Report and Recommendation. Pursuant to Local Rule 72.1(c)(2), "(a)ll briefs filed under this rule shall be limited to 10 pages." Plaintiff shall comply with

FILED MAR 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

the Local Rule and resubmit and serve her objections on March 23, 2001, or the Court will only consider the first ten pages of plaintiff's current objections. The defendants' shall have ten days from the date of service to file their response to plaintiff's objections.

DATED: March 8, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge