# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Luanne E. Lorass

Case No. Civil 00-1237JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Leslie M. Metzen, Patrick K. Sutherland,
State of Minnesota, Dakota County, Robert Galvin,
Patrick T. Skelly, Paul A. Jeddeloh, Ferdinand F. Peters,
The Law Offices of Peters, Jeddeloh & Skelly, L.L.P. and
Shirley A. Reider

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion to dismiss or for summary judgment by defendants Sutherland, Metzen and the State of Minnesota is **GRANTED**; defendant Galvin's motion to dismiss for failure to state a claim is **GRANTED**; defendant Galvin's motion to dismiss for lack of subject matter jurisdiction is **DENIED AS MOOT**; defendant Attorneys' motion to extend time to file motion to dismiss is **GRANTED**; defendant Attorneys' and defendant Law Firm's motion to dismiss or for summary judgment is **GRANTED**; defendant Dakota County's motion to dismiss is **GRANTED**; plaintiff's motion for a default judgment against defendant attorneys and defendant law firms is **DENIED**; plaintiff's motion for a default judgment against Galvin is **DENIED**.

DATE: September 5, 2001

FRANCIS E. DOSAL, CLERK

______________________________
Denise LaFond, Deputy Clerk